

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-5-2019
```

**By ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Adam Bonano*, 13 CR 957 (LTS)

Dear Judge Swain,

On September 16, 2019, the parties appeared for a further conference in the violation of supervised release proceedings that commenced earlier this year with the filing of a set of specifications against the defendant on April 4, 2019. At that most recent appearance, the Court further adjourned this case to November 12, 2019 in anticipation of possible developments in a parallel state criminal proceeding in which the defendant is indicted on multiple counts related to his alleged possession of a controlled substance, which alleged crimes underlie the first four specifications alleged against him here. The Government now understands that the parallel state criminal proceeding is set for hearing and trial on December 4, 2019. At this time, accordingly, the defendant and the Government, with the consent of the United States Probation Office, jointly request an adjournment of the conference scheduled for November 12, 2019 to December 17, 2019 at 2:30 PM, a date and time that the Government understands is convenient to the Court.

On December 17, 2019, the Government anticipates that it will have achieved greater clarity with respect to at least the trajectory, if not the actual resolution, of the parallel state criminal proceeding, which involves multiple defendants, and that the defendant and the Government will

be in a position either to agree to resolve or to dispute at least certain of the ten specifications pending against him.

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                    United States Attorney

                          By: *Thomas John Wright*
                             Thomas John Wright
                             Assistant United States Attorney
                             (212) 637-2295

cc:    Daveena Tumasar (United States Probation Office) (by email)
       William Stampur, Esq. (Counsel to Defendant Adam Bonano) (by ECF)

*The requested adjournment is granted.*

SO ORDERED:

*[signature]* 11/8/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE