UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                No. 13 CR 957 (LTS)

ADAM BONANO,

      Defendant(s).

-------------------------------------------------------x

## ORDER

      For the reasons stated on the record of the supervised release violation conference held today, Mr. Bonano's supervised release conditions are modified by the addition of a requirement of Location Monitoring by GPS, effective immediately, the parameters of which are to be established by the Probation Officer.

      SO ORDERED.

Dated: New York, New York
       December 17, 2019

                                                                  /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                                  United States District Judge