USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

vs.

ADAM BONANO (1)

No. 13 crim. 957 (LTS)

ORDER

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK

Pursuant to the revocation hearing and violation findings made on the record today and for the reasons stated on the record, it is hereby

ORDERED that the defendant, Adam Bonano is remanded to the custody of the United States Marshals pending sentencing.

Dated: New York, New York
February 21, 2020

LAURA TAYLOR SWAIN
United States District Judge