UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

  -v-                                                          No.  13 CR 0957

ADAM BONANO,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has requested that Mr. Bonano's violation of supervised release sentencing proceeding take place via videoconference, with 15 minutes beforehand for Defendant's consultation with counsel, for the morning of May 29, 2020, at 11:00 a.m..  No conference date and time can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of 9:00 a.m. to 2:00 p.m. on May 29, 2020, until further notice.

        SO ORDERED.

Dated: New York, New York
       May 15, 2020

                                                                  /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                                  United States District Judge