

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 11, 2023

**By ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:   *United States v. Adam Bonano*, 13 CR 957 (LTS)

Dear Judge Swain,

The Government writes on behalf of the parties to respectfully request a further adjournment of approximately thirty days of the conference scheduled in these violation of supervised release proceedings for Monday, October 16, 2023 to a date and time of convenience for the Court in the week of Monday, November 13, 2023, when the parties are available with the exception of Thursday, November 16, 2023 and the morning of Friday, November 17, 2023.  The parties are now engaged in productive discussions on a possible global disposition of all current and anticipated charges concerning the non-fatal shooting that the defendant is alleged to have committed on or about June 8, 2023 and are optimistic that those discussion will have meaningfully progressed during the period of the requested adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc:   Washington Herrera (United States Probation Office) (by email)
      Zachary Margulis-Ohnuma (Counsel to Defendant Adam Bonano) (by ECF)

The foregoing adjournment request is granted.  The violation of supervised release hearing is hereby adjourned to November 17, 2023, at 2:30 PM
SO ORDERED.
October 11, 2023
/s/ Laura Taylor Swain, Chief USDJ