UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES

   -v-                                                          Nos.   23 CR 645-LTS
                                                                          13 CR 957-LTS

ADAM BONANO,

       Defendant.

---------------------------------------------------------x

## ORDER

The sentencing hearing in case no. 23 CR 645-LTS is hereby scheduled to proceed on **March 28, 2024, at 11:30 am** in Courtroom 17C, concurrently with further proceedings in respect of the pending specifications of supervised release violation in case no. 13 CR 957-LTS. The parties' attention is directed to the attached information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties' sentencing submissions shall be made in accordance with the Sentencing Submission Procedures set forth in the Court's Individual Practices Rules.

    SO ORDERED.

Dated: New York, New York
       December 14, 2023

                                                                /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge