UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                                         No. 13 CR 957-LTS

ADAM BONANO,

       Defendant.

-------------------------------------------------------x

### Order

The violation of supervised release hearing in this case is hereby adjourned to **May 1, 2024, at 2:30 PM** in Courtroom 17C, to proceed concurrently with the sentencing hearing in case no. 23 CR 645-LTS. The parties' sentencing submissions are due in accordance with the Sentencing Submission Procedures set forth in the Court's Individual Practices Rules.

    .

    SO ORDERED.

Dated: New York, New York
       March 22, 2024

                                                         /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     Chief United States District Judge