UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                       No. 13 CR 957-LTS

ADAM BONANO,

       Defendant.

-------------------------------------------------------x

## ORDER

The violation of supervised release hearing in this case is scheduled to proceed on May 1, 2024, at 2:30 PM in Courtroom 17C, concurrently with the sentencing hearing in case no. 23 CR 645-LTS.

Any submissions regarding disposition of the supervised release specifications must be filed by **3:00 PM on Monday, April 29, 2024**.

SO ORDERED.

Dated: New York, New York
         April 24, 2024

                                                           /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge