UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

-v-

ADAM BONANO,

        Defendant.

-------------------------------------------------------x

Nos. 13-CR-957-LTS
     23-CR-645-LTS

Order

On March 10, 2025, counsel for Adam Bonano wrote to the Court, requesting that the Court "so-order" a request for the return of property seized from Mr. Bonano at the time of his arrest and receipted to him on the scene as totaling $42,220 in United States currency. (Case No. 13-CR-957-LTS, docket entry no. 199.) The Court endorsed the letter the same day, directing the Probation Office to return the seized funds. (Id. at docket entry no. 200; Case No. 23-CR-645-LTS, docket entry no. 20.) The Court has since been advised that in order to return the funds to Mr. Bonano's wife by check, as requested, the funds must first be transferred to the Clerk of Court. This Order supersedes the Court's March 10, 2025 endorsed order.

Accordingly, as to the defendant, Adam Bonano, the Clerk of Court for the Southern District of New York is hereby directed to receive the amount of **$40,400**[1] currently in the possession of the United States Probation Office for the Southern District of New York into the Court's registry and thereafter disburse the monies as directed in the next paragraph of this Order.

---

[1]    The Probation Office has advised the Court that the June 14, 2023 field estimate of $42,220 was revised upon the official accounting of seized funds to total $40,400.

Counsel for Mr. Bonano should provide disbursement instructions to the Clerk's Finance Department at: NYSD_Finance_Admin@nysd.uscourts.gov.  Once received, the Clerk's Office shall disburse the monies to Mr. Bonano's wife in accordance with the instructions provided by counsel.

SO ORDERED.

Dated: New York, New York
      March 25, 2025

                                                                         /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge